Attorney for Plaintiff Jeannie Grinnell
Price Ainsworth
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case No. C 06 04158 CRB<br><br>MDL NO. 1699<br>**District Judge:  Charles R. Breyer** |
| Jeannie Grinnell,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer Inc, et al.,<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Jeannie Grinnell and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: Sept 10, 2009     By: _____
　　　　　　　　　　　　　　　 Price Ainsworth
　　　　　　　　　　　　　　　 Law Offices of Price Ainsworth, P.C.
　　　　　　　　　　　　　　　 48 East Avenue
　　　　　　　　　　　　　　　 Austin, Texas 78701
　　　　　　　　　　　　　　　 512-474-6061

　　　　　　　　　　　Attorney for Plaintiff, Jeannie Grinnell

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Oct. 12, 2009        By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09
_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE